# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **REBECCA A. DOUGLASS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **4:09-cv-03124** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **ORDER** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant has requested a second extension of time in which to respond to the plaintiff's brief.  Defendant's requests a 30-day extension; however, the motion (#23) advises that the plaintiff will agree to a 15-day extension.

The court finds that a 15-day extension should be granted.

**IT IS ORDERED** that the motion (#23) is granted, in part.  The defendant's brief date is extended to February 16, 2010.  Plaintiff may file a reply brief on or before February 23, 2010.

**DATED January 28, 2010.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge