IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REBECCA A. DOUGLASS, | ) | |
| | ) | 4:09CV3124 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filing 29). Plaintiff requests fees in the total amount of $4,294.37, which represents 24.8 hours of work by her attorney, at an average hourly rate of $173.16. Defendant does not oppose Plaintiff's application. *See* filing 32.

The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and remanded for calculation and payment of benefits; that the application for fees was filed in a timely fashion; and that the position of the Commissioner was not substantially justified. Plaintiff therefore is entitled to an award of reasonable attorney fees.

Accordingly,

IT IS ORDERED that:

1. The Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act (filing 29) is granted; and

2. The Plaintiff is awarded an attorney fee in the amount of $4,294.37, payable to the Plaintiff as litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

Dated this 25th day of April, 2011.

BY THE COURT:

*s/F.A. Gossett, III*
United States Magistrate Judge